JEANNETTE BORENSTEIN, Respondent, v. DAVID BORENSTEIN and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.—The date for the production of the documents to be fixed in the order. Settle order on notice.

THE HOME INDEMNITY COMPANY, Respondent, v. ADRIAN V. R. HABBEN, Appellant, Impleaded with Others, Defendants.— Orders and judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse the order granting partial summary judgment and the judgment entered thereon on the ground that the document relied on is ambiguous and even contradictory on its face and the issues, including the issue of the intention of the parties to the instrument, should not be disposed of without a trial. The order denying the defendant-appellant the right to file an amended answer is also reversed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE 75TH STREET REALTY CORP., Appellant, v. WILLIAM STANLEY MILLER and Others, as. Commissioners of Taxes and Assessments of the City of New York, Respondents    THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHFIELD REALTY COMPANY, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Orders unanimously modified by reducing the assessment for the year 1933 to the sum of $1,550,000, representing $550,000 for land value and $1,000,000 for the value of the building; and for the year 1934 to the sum of $1,525,000, which represents an assessment of $525,000 for the land and $1,000,000 for the building, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellants. Settle order on notice reversing findings inconsistent with this determination and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM BALS, Respondent, v. CHAMPLAIN COACH LINES, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that plaintiff's statement that $25,000 had been offered in settlement was so prejudicial to defendant that its motion for a mistrial should have been granted. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BUSCH JEWELRY Co., INC., and Others, Respondents, v. UNITED RETAIL EMPLOYEES' UNION LOCAL 830 Affiliated with the COMMITTEE FOR INDUSTRIAL ORGANIZATION, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Cohn, J., dissents and votes to modify the judgment appealed from, so as to permit peaceful picketing of plaintiffs' stores with sign or placard with truthful legend and persuasion by sign, notice or handbill. (Wise Shoe Co., Inc., v. Lowenthal, 266 N. Y. 264, 269.) [168 Misc. 224.]